**AFFIRM; and Opinion Filed June 10, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00472-CR

### CHRISTOPHER BRANCH, Appellant
### V.
### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-14772-S

## MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

Christopher Branch entered an open plea of guilty to burglary of a habitation. The trial court found Branch guilty of the offense and assessed punishment of seven years' imprisonment. In a single issue, Branch asserts the evidence is insufficient to support the trial court's order that Branch pay $244 in court costs. We affirm the trial court's judgment.

In his sole issue, Branch requests we reform the trial court's judgment to delete the requirement that he pay court costs because the clerk's record does not contain a bill of costs. Following submission of this case, we ordered the Dallas County District Clerk to prepare and file a supplemental clerk's record containing a detailed itemization of the costs and fees assessed in this case along with an explanation of any abbreviations used to define the costs and fees. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, .006 (West 2006). The Dallas County District Clerk has complied with our order by filing a signed and certified supplemental clerk's record

containing the itemization of the costs assessed in this case.  Because the record now contains a bill of costs supporting the assessment of costs in the judgment, we resolve Branch's sole issue against him.  *See Franklin v. State*, No. 05-12-00530-CR, 2013 WL 2446283, at *1 (Tex. App.—Dallas, June 4, 2013, no pet. h.).

We affirm the trial court's judgment.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
Tᴇx. R. Aᴘᴘ. P. 47

120472F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER BRANCH, Appellant

No. 05-12-00472-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F11-14772-S.
Opinion delivered by Justice Fillmore, Justices O'Neill and Francis participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 10th day of June, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE